# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SEAN M. PUTNAM,**<br><br>Defendant. | VIOLATIONS:<br>E1102144<br>E1102145<br>E1102146<br>E1102147<br>Location Code: M13<br><br>**ORDER** |

**IT IS ORDERED** that the initial appearance in this case currently scheduled for August 12, 2022 is **VACATED and RESCHEDULED** for 9:00 a.m. on August 26, 2022, at Glacier Park Headquarters in West Glacier, Montana.

DATED this 13th day of July, 2022.

_____
John Johnston
United States Magistrate Judge