IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN M. PUTNAM,<br><br>Defendant. | PO-22-05060-GF-JTJ<br><br>VIOLATIONS:<br>E1102144<br>E1102145<br>E1102146<br>E1102147<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $280 ($250 fine and $30 processing fee) for violation E1102145. The total fine amount will be paid in full on or before September 19, 2023. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that violations E1102144, E1102146 and E1102147 are **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for September 30, 2022, is **VACATED.**

DATED this 19th day of September, 2022.

_____
John Johnston
United States Magistrate Judge